**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

January 4, 2010

### LETTER ORDER

Re:   Brian Grant, et al. v. Darryl J. Turner, et al.
      Civil Action No. 09-2381 (JAG)

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **January 12, 2010 at 10:30 AM**. **Counsel for the Plaintiffs is to initiate the call.** Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

   **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**