LAW OFFICES OF

# G. MARTIN MEYERS, P.C.

A PROFESSIONAL CORPORATION

35 W. MAIN STREET, SUITE 106
DENVILLE, NJ  07834
e-mail: gmm@gmeyerslaw.com

| | |
|---|---|
| TELEPHONE:  (973) 625-0838 | TELECOPIER:  (973) 625-5350 |
| --------------- | --------------- |
| G. MARTIN MEYERS, Esq. * | SUSAN S. SINGER, Esq. † |
|   * Certified by the New Jersey Supreme Court | KATHLEEN C. GOGER, Esq. † |
|     as a Civil Trial Attorney | † Of Counsel |
|   --------------- | |
| JUSTIN A. MEYERS, Esq., M.B.A. ** | |
|   ** Admitted in NY and NJ | |

May 23, 2011

Hon. Garrett E. Brown, Jr.
Chief Judge, U.S. District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 4050
402 East State Street
Trenton, New Jersey 08608

   Re: ***Brian and Chanel Grant, et al. v. Daryl Turner, et al.***
     **Civil Action No. 09-cv-02381 (GEB)**
     <u>**Our File No.: 6423**</u>

Dear Judge:

  Plaintiffs hereby stipulate to the dismissal of the above-referenced action as to defendants Tony Marineli, Zach Vaihinger, Carl Savage, and Eric Shuman.

          Respectfully submitted,


          /s/ G. Martin Meyers

cc: Harry D. McEnroe, Esq.
   Kathleen Dooley, Esq.
   David Sager, Esq.
   Richard Gallucci, Esq.
   David Lafferty, Esq.