UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

G. MARTIN MEYERS, ESQ.  (5833)
LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey  07834
Telephone:  (201) 625-0838
Telefax:    (201) 625-5350
Attorney for Plaintiffs

| | |
|---|---|
| BRIAN GRANT AND CHENEL GRANT, MARTIN PRIBUSH AND DIANE PRIBUSH, BENJAMIN M. COHAN, ROBERT PINTO AND BONNIE PINTO, LEONARD SCHONFELD, MORRIS SEAVEY, LARRY KALINER AND LOIS KALINER, and all persons similarly situated, | Civil Action No. 09-cv-2381 (GEB)<br>Hon. Garrett E. Brown, Jr. |
| Plaintiffs, | |
| v. | |
| DARRYL J. TURNER, ALLEN BERNSTEIN, JACKIE BORK, ERICA DRAKE, ADAM HAWK, CAROL SANDES-DRAKE, ROGER WARREN, FIVE POINTS TRAVEL, DREAM VACATIONS INTERNATIONAL, INC., DREAMWORKS VACATION CLUB, VACATION TRAVEL CLUB, INC., BENTLEY TRAVEL, BLUEGREEN VACATIONS CLUB, INC., RESORTS CLUB INTERNATIONAL, INC. BANK OF AMERICA, MASTERCARD INCORPORATED, AND JOHN DOES 1 through 100, | **NOTICE OF MOTION** |
| Defendants. | |

**TO:**

| | |
|---|---|
| Peter Kessler, Esq.<br>SPECTOR GADON & ROSEN P.C.<br>Seven Penn Center<br>1635 Market St., Seventh Floor<br>Philadelphia, PA  19103 | Oliver D. Griffin, Esq.<br>SPECTOR GADON & ROSEN PC<br>1000 Lenola Road<br>PO Box 1001<br>Moorestown, NJ  08057 |
| Kathleen H. Dooley, Esq.<br>McGUIRE WOODS<br>Bank of America Corporate Center<br>100 North Tryon Street, Suite 2900<br>Charlotte, NC  28202 | David S. Lafferty, Esq.<br>KELLY, KELLY, MAROTTA &<br>LAFFERTY, LLP<br>25 East Spring Valley Avenue, Ste. 320<br>Maywood,, NJ 07607 |
| Richard Capriola, Esq. (pro hac)<br>WEINSTOCK & SCAVO, P.C.<br>3405 Piedmont Rd., Suite 300<br>Atlanta, Georgia  30305 | David S. Sager, Esq.<br>DAY PITNEY LLP<br>P.O. Box 1945<br>Morristown, NJ 07962 |

Harry D. McEnroe, Esq.
TOMPKINS McGUIRE
   WACHENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ  07102

**COUNSEL:**

PLEASE TAKE NOTICE that Plaintiffs and the Class herein move before the Honorable Garrett E. Brown, Jr., U.S.D.J., for an Order pursuant to Fed. R. Civ. P. 6(b) granting leave to file a Notice of Appeal <u>nunc pro tunc</u> in this matter.

PLEASE TAKE FURTHER NOTICE that Plaintiffs and the Class rely in support of this Motion upon the accompanying Certification of G. Martin Meyers, Esq.

DATED:  June 24, 2011                    OFFICES OF G. MARTIN MEYERS, P.C.


By:     /s/ G. Martin Meyers         
        G. Martin Meyers, Esq.  (5833)
         Attorney for Plaintiffs and the Class