UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

G. MARTIN MEYERS, ESQ.  (5833)
LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey  07834
Telephone:  (201) 625-0838
Telefax:    (201) 625-5350
Attorney for Plaintiffs

|  |  |
|---|---|
| BRIAN GRANT AND CHENEL GRANT, MARTIN PRIBUSH AND DIANE PRIBUSH, BENJAMIN M. COHAN, ROBERT PINTO AND BONNIE PINTO, LEONARD SCHONFELD, MORRIS SEAVEY, LARRY KALINER AND LOIS KALINER, and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DARRYL J. TURNER, ALLEN BERNSTEIN, JACKIE BORK, ERICA DRAKE, ADAM HAWK, CAROL SANDES-DRAKE, ROGER WARREN, FIVE POINTS TRAVEL, DREAM VACATIONS INTERNATIONAL, INC., DREAMWORKS VACATION CLUB, VACATION TRAVEL CLUB, INC., BENTLEY TRAVEL, BLUEGREEN VACATIONS CLUB, INC., RESORTS CLUB INTERNATIONAL, INC. BANK OF AMERICA, MASTERCARD INCORPORATED, AND JOHN DOES 1 through 100, <br><br> Defendants. | Civil Action No. 09-cv-2381 (GEB) <br> Hon. Garrett E. Brown, Jr. <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **CERTIFICATION OF G. MARTIN MEYERS, ESQ.** |

G. Martin Meyers, Esq. hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey, and I am representing the Plaintiffs and the Class in the above-captioned matter.

2. On June 20, 2011, at my direction my office electronically filed with the Court in this matter a Notice of Appeal in the form of Exhibit "A" attached hereto.

3. The Court received payment for the filing and issued Receipt no. 0312-3784427.

4. For reasons unknown to me or my office, however, the Notice of Appeal filed on that date was not entered into the Court's docket.

5. On June 24, 2011, I personally spoke with Timothy Gorman, Appeals Clerk for the Federal District Court for the District of New Jersey, who confirmed to me that the Court had electronically received payment for the electronic filing of the Notice of Appeal for Plaintiffs and the Class on June 20, 2011 and had issued the above receipt number.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                /s/ G. Martin Meyers
                                                G. MARTIN MEYERS (5833)

DATED: June 24, 2011